IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| ERROLL WOODBERRY, #1284054 | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-06-280 |
| | § | |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| DIRECTOR, TDCJ-CID | § | |

## ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on November 7, 2006. Petitioner has filed his Objections in a timely manner.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that Petitioner's Objections are without merit and that the Report and Recommendation is correct and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is **ORDERED** that Respondent's Motion for Summary Judgment (Instrument No. 9) is **GRANTED**; and the Petition for a Writ of Habeas Corpus of Errol Woodberry (Instrument No. 1) is **DISMISSED**.

**DONE** at Galveston, Texas this 1st day of December, 2006.

_____
Samuel B. Kent
United States District Judge