IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| ERROLL WOODBERRY, #1284054 | § § § § |
| v. | §   CIVIL ACTION NO. G-06-280 § § |
| NATHANIEL QUARTERMAN, DIRECTOR, TDCJ-CID | § § § |

## FINAL JUDGMENT

For the reasons stated in this Court's Order entered on the same date herewith, this action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 1st day of December, 2006.

Samuel B. Kent
United States District Judge